TODD A. ROBERTS (SBN 129722)
NICOLE S. HEALY (SBN 157417)
EDWIN BARNES (SBN 295454)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA 94063-2052
Telephone: (650) 364-8200
Facsimile: (650) 780-1701
Email: todd.roberts@rmkb.com
nicole.healy@rmkb.com
edwin.barnes@rmkb.com

Attorneys for Defendants
CHRIS BIDDY, ASTRO DIGITAL US INC., and
ASTRO DIGITAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBERCROFT TRADING LIMITED, a British Virgin Islands company; and DMITRI KUSHAEV, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MIKHAIL KOKORICH, an individual; LIUDMILA KOKORICH, an individual; CHRIS BIDDY, an individual; ASTRO DIGITAL US INC. (f/k/a Aquila Space Inc.), a Delaware corporation; ASTRO DIGITAL, INC., a Delaware corporation; AND DOES 1 THROUGH 10, INCLUSIVE,<br><br>Defendant. | CASE NO. 19-cv-06810-LHK<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS CHRIS BIDDY, ASTRO DIGITAL US, INC., AND ASTRO DIGITAL, INC.'S MOTION TO DISMISS THIRD THROUGH SIXTH CAUSES OF ACTION IN PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6) AND 9(b)**<br><br>**Date:** April 2, 2020<br>**Time:** 1:30 p.m.<br>**Courtroom:** 8<br>**Judge:** Honorable Lucy H. Koh |

Defendants Chris Biddy, Astro Digital, Inc., and Astro Digital US, Inc.'s Motion to Dismiss the Third through the Sixth Causes of Action in Plaintiff's Complaint came on for hearing before this Court, the Honorable Lucy H. Koh, United States District Judge, presiding. After full consideration of the matter, including all papers filed in support of and in opposition to the Motion, and oral argument of counsel, the Court hereby ORDERS as follows:

1.      Defendants Chris Biddy, Astro Digital, Inc., and Astro Digital US, Inc.'s Motion to Dismiss the Third through the Sixth Causes of Action in Plaintiff's Complaint is GRANTED; and

2.      The Third through the Sixth Causes of Action in the Complaint are DISMISSED WITH PREJUDICE as to Defendants Chris Biddy, Astro Digital, Inc., and Astro Digital US, Inc.

**IT IS SO ORDERED**.

Dated: _____

_____
HONORABLE LUCY H. KOH
United States District Judge