**LOEB & LOEB LLP**
OLEG (ALEX) STOLYAR (SBN 229265)
astolyar@loeb.com
DONALD A. MILLER (SBN 228753)
dmiller@loeb.com
DANIELA M. SPENCER (SBN 307908)
dspencer@loeb.com
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA  90067
Telephone: 310.282.2000
Facsimile: 310.282.2200

Attorneys for Plaintiffs Dmitri Kushaev
and Ambercroft Trading Limited

**BRYAN CAVE LEIGHTON PAISNER LLP**
Sharon Z. Weiss, California Bar No. 169446
sharon.weiss@bclplaw.com
Richard C. Ochoa, California Bar No. 145998
rcochoa@bclplaw.com
Alfred Shaumyan, California Bar No. 266908
alfred.shaumyan@bryancave.com
120 Broadway, Suite 300
Santa Monica, CA  90401-2386
Telephone:   (310) 576-2100
Facsimile:    (310) 576-2200

Attorneys for Defendants
Mikhail Kokorich and Liudmila Kokorich

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBERCROFT TRADING LIMITED, a British Virgin Islands company; AND DMITRI KUSHAEV, an individual<br><br>Plaintiffs,<br><br>v.<br><br>MIKHAIL KOKORICH, an individual; LIUDMILA KOKORICH, an individual; CHRIS BIDDY, an individual; ASTRO DIGITAL US INC. (f/k/a Aquila Space Inc.), a Delaware corporation; ASTRO DIGITAL, INC., a Delaware corporation; AND DOES 1 THROUGH 10, INCLUSIVE<br><br>Defendants. | Case No.  5:19-CV-06810-LHK<br><br>(Formerly Santa Clara Superior Court, Case No. 19CV352624)<br><br>**JOINT CASE MANAGEMENT STATEMENT RE: ARBITRATION PROCEEDINGS**<br><br>DATE:    January 19, 2022<br>TIME:     2:00 p.m.<br>PLACE:   Courtroom 8 |

Loeb & Loeb
A Limited Liability Partnership
Including Professional Corporations

21692534.1
230322-10002

JOINT CASE MANAGEMENT STATEMENT
RE: ARBITRATION PROCEEDINGS

Plaintiffs Ambercroft Trading Limited and Dmitri Kushaev (collectively, "Plaintiffs") and Defendants Mikhail Kokorich and Liudmila Kokorich submit this Joint Case Management Statement re Arbitration pursuant to the Court's August 12, 2021 order (Dkt No. 49).

1. In September 2020, Ambercroft Trading Limited and Dmitri Kushaev ("Claimants") filed a Request for Arbitration against Mikhail Kokorich, Liudmila Kokorich, and Glounec Investment Limited with the International Chamber of Commerce ("ICC"). Defendants Chris Biddy, Astro Digital US Inc., and Astro Digital, Inc. are not parties to the arbitration proceeding.

2. The ICC's confirmed the parties' appointment of the three-judge panel in November and December 2020, and the parties agreed to a set of "terms of reference" and a "procedural timetable" in February 2021.

3. In June 2021, the Arbitration Tribunal ruled that it does not have jurisdiction over Plaintiffs' claims contained in its Request for Arbitration against Liudmila Kokorich.

4. Pursuant to the procedural timetable, the arbitration hearing is scheduled for June 20, 2022.

5. On August 17, 2021, the Court granted the parties' (1) "Stipulation to Dismiss with Prejudice as to Defendants Chris Biddy, Astro Digital, Inc., and Astro Digital US, Inc." and (2) "Joint Motion to Retain Jurisdiction to Enforce Settlement Agreement."

Dated: January 12, 2022

**LOEB & LOEB LLP**
OLEG (ALEX) STOLYAR
DONALD A. MILLER
DANIELA SPENCER

By: _____*/s/ Donald A. Miller*_____
    Donald A. Miller

Attorneys for Plaintiffs Dmitri Kushaev and Ambercroft Trading Limited

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

21692534.1
230322-10002

1

JOINT CASE MANAGEMENT STATEMENT
RE: ARBITRATION PROCEEDINGS

| | |
|---|---|
| Dated: Janaury 12, 2022 | **BRYAN CAVE LEIGHTON PAISNER LLP**<br>SHARON Z. WEISS<br>RICHARD C. OCHOA<br><br>By: _____/s/ Richard C. Ochoa_____<br>       Richard C. Ochoa<br><br>Attorneys for Defendants Mikhail Kokorich and Liudmila Kokorich |

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

21692534.1
230322-10002

2

JOINT CASE MANAGEMENT STATEMENT
RE: ARBITRATION PROCEEDINGS

## ECF ATTESTATION

I, Donald A. Miller, am the ECF User whose ID and password are being used to file this **JOINT CASE MANAGEMENT STATEMENT RE: ARBITRATION PROCEEDINGS**. In compliance with Civil Local Rule 5-1(i)(3), I attest that concurrence in this Stipulation has been obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed document.

Dated: January 12, 2022         */s/ Donald. A. Miller*
                                Donald A. Miller

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

21692534.1
230322-10002

3

JOINT CASE MANAGEMENT STATEMENT
RE: ARBITRATION PROCEEDINGS